UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE KYNDRED SPIRIT, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 1:24-CV-07428<br><br>JUDGE REBECCA R. PALLMEYER<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 130 | Vismomo |
| 168 | Zhoyaninc |
| 256 | Halisvy |
| 276 | Shungyu |
| 153 | tiantianchigua |
| 167 | miaofage |
| 243 | KuaiLeXingQiu |
| 301 | JIALINDEDIAN |
| 230 | Pursue Self |
| 284 | Skdhnjkn |
| 374 | NAGE Co.Ltd |
| 279 | yixacao |

Dated: November 18, 2024     Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***