UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE KYNDRED SPIRIT, LLC,<br><br>  PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>  DEFENDANTS. | CASE NO.: 1:24-CV-07428<br><br>JUDGE REBECCA R. PALLMEYER<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 176 | Ganole |
| 192 | GoHere-US |

Dated: April 4, 2025

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***